United States District Court
Southern District of Texas
**ENTERED**
July 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHEL FORTIER, § § § Plaintiff, § VS. § REDI-CARPET SALES OF HOUSTON, § LTD, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-899 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 32) signed by Magistrate Judge Christina Bryan on June 23, 2020 regarding **Instrument 21**. Plaintiff timely filed objections. The Court has reviewed the Memorandum and Recommendation and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court. It is therefore

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the 15th day July, 2020, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE